United States District Court
Southern District of Texas
**ENTERED**
October 02, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDIN DAVID VASQUEZ-JOJ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-6392 |
| | § | |
| MARTIN FRINK, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Pending before the court is Edin David Vasquez-Joj's Petition for Writ of Habeas Corpus (Docket Entry No. 1) and Respondents' Motion to Stay and in the Alternative, Motion for Summary Judgment (Docket Entry No. 5). Although Respondents' motion cites to exhibits, there are no exhibits attached to the motion. Respondents' are therefore **ORDERED** to file the cited exhibits by October 9, 2026.

**SIGNED** at Houston, Texas, on this 2nd day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE